

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00647-CV

**IN RE** Denise Marie **RAMOS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

On September 30, 2022, relator Denise Ramos filed a petition for writ of mandamus. Believing a serious question concerning the mandamus relief sought required further consideration, we requested respondent and real party in interest Reynaldo Esparza Jr. file a response in this court on or before November 2, 2022.[2] No responses were filed.

On November 7, 2022, attorney Denise Martinez filed a motion to withdraw as counsel for Esparza.[3] The motion does not satisfy the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a), (b). Specifically, the motion lists the response deadline as pending when, in fact, the time for Esparza to file a response, absent extension, has expired. Likewise, the motion represents a hearing is set and Esparza may appear to contest the withdrawal at the hearing. No such hearing is set for this matter in this court. Accordingly, we **DENY WITHOUT PREJUDICE** attorney Denise Martinez's motion to withdraw.

We **ORDER** attorney Denise Martinez to file a motion that fully satisfies Texas Rule of Appellate Procedure 6.5 **November 21, 2022**.

We further **ORDER** the clerk of this court to send a copy of Denise Martinez's motion to withdraw, Ramos's reply and objection to the motion, and this order to Reynaldo Esparza Jr. at

---

[1] This proceeding arises out of Cause No. 2018-CI-21009, styled *In the Matter of the Marriage of Denise Marie Ramos and Reynaldo Esparza Jr*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.
[2] Responses were due 15 days beginning on the date Ramos filed a supplemental appendix, which was filed on October 18, 2022.
[3] On November 9, 2022, Ramos filed a response and objection to attorney Denise Martinez's withdrawal arguing, among other things, that the motion did not satisfy the requirements of Texas Rule of Appellate Procedure 6.5. *See* TEX. R. APP. P. 6.5(a), (b).

6230 Dove Hill Drive, San Antonio Texas 78238; PO Box 1443 Lytle, Texas 78052; and rayesparza77@gmail.com.

It is so **ORDERED** on November 14, 2022.

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT

**PER CURIAM**

